# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2168
LT Case No. 2013-CF-7337

_____

LADARIUS FEAD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Ladarius Fead, Milton, pro se.

No Appearance for Appellee.

December 26, 2023

PER CURIAM.

AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

LAMBERT, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____